UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CASE NO. 10 B 43437
                                                    CHAPTER 13
OMIPOLIS ALBERTONI
AGMA ALBERTONI                                      JUDGE JACK B SCHMETTERER

        DEBTORS                                     **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** RUSHMORE LMS

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 14 | 7 | 6076 8328NEWLAND | $48,843.12 | $46,931.66 | $46,931.66 |
| Total Amount Paid by Trustee | | | | | $46,931.66 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-43437-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 5th day of November, 2015.

Debtor:
OMIPOLIS ALBERTONI
AGMA ALBERTONI
8328 S NEWLAND
BURBANK, IL 60459

Attorney:
STAHULAK & ASSOC
53 W JACKSON BLVD # 652
CHICAGO, IL 60604
via Clerk's ECF noticing procedures

Creditor:
RUSHMORE LMS
PO BOX 52708
IRVINE, CA 92619

Mortgage Creditor:
ARCH BAY HOLDINGS
% SPECIALIZED LOAN SERV
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO 80129

Mortgage Creditor:
RUSHMORE LOAN MGMT
% RANDALL S MILLER & ASSOC
120 N LASASLLE ST # 1140
CHICAGO, IL 60602

Creditor:
ARCH BAY HOLDINGS
% SPECIALIZED LOAN SERV
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO 80129

Mortgage Creditor:
ARCH BAY HOLDINGS LLC
% FISHER & SHIPIRO LLC
2121 WAUKEGAN ROAD
SUITE 301
BANNOCKBURN, IL 60015

ELECTRONIC SERVICE - United States Trustee

Date: November 05, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603